# Lower Macungie Township Annexation Case (No. 2).

Argued September 9, 1968. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and HANNUM, JJ.

*Wallace C. Worth, Jr.,* Solicitor, for Upper Milford Township, with him *Gene D. Smith,* Solicitor, for Lower Macungie Township, appellant.

*James L. Weirbach,* for Borough of Alburtis, appellee.

OPINION PER CURIAM, November 14, 1968:

The opinion filed herewith in the case of *Lower Macungie Township Annexation Case (No. 1),* is dispositive of this appeal.

Order affirmed.

WATKINS, J., dissents.